UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY LEE DICKERSON, JR., | |
| Plaintiff, | Case No. C16-0256-RAJ |
| v. | ORDER DIRECTING PLAINTIFF TO PAY FILING FEE |
| CHELLONDA LEFAY FALLS, *et al.*, | |
| Defendants. | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff is directed to pay the $400 filing fee within ***ten (10) days*** of the date on which this Order is signed. Failure to timely submit the requisite filing fee will result in immediate termination of this action; and

//

//

ORDER DIRECTING PLAINTIFF
TO PAY FILING FEE - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 11th day of March, 2016.

_____
The Honorable Richard A. Jones
United States District Court

ORDER DIRECTING PLAINTIFF
TO PAY FILING FEE - 2